UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTIAN HEALTHCARE CENTERS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>DANA NESSEL, in her official capacity Attorney General of Michigan, JOHN E. JOHNSON, JR., in his official capacity as Executive Director of the Michigan Department of Civil Rights, PORTIA L. ROBERSON, ZENNA FARAJ ELHASON, GLORIA E. LARA, REGINA GASCO-BENTLEY, ANUPAMA KOSARAJU, RICHARD CORRIVEAU, and DAVID WORTHAMS, in their official capacities as members of the Michigan Civil Rights Commission,<br><br>    Defendants. | No. 1:22-cv-00787<br><br>HON. JANE M. BECKERING<br><br>MAG. PHILLIP J. GREEN<br><br>**STIPULATED ORDER WAIVING SERVICE AND EXTENDING DEADLINES FOR DEFENDANTS TO FILE RESPONSIVE DOCUMENTS** |

**STIPULATED ORDER WAIVING SERVICE AND EXTENDING DEADLINES FOR DEFENDANTS TO FILE RESPONSIVE DOCUMENTS**

The parties, by and through their respective counsel, hereby stipulate to the following:

- Defendants agree to waive service for John E. Johnson, Jr., Portia L. Roberson, Zenna Faraj Elhason, Gloria E. Lara, Regina Gasco-Bentley, Anupama Kosaraju, Richard Corriveau, and David Worthams;

- Defendants will not contend that Plaintiff's stipulation to this extension of time constitutes a delay justifying the denial of preliminary injunctive relief.

- The deadline for all Defendants to file responsive documents (motions and/or answer) to Plaintiff's Complaint shall be extended to November 4, 2022; and,

- The deadline for all Defendants to file a response to Plaintiff's motion for preliminary injunction is November 4, 2022.

*/s/ Henry W. Frampton, IV (w/consent)*
Henry W. Frampton, IV
South Carolina Bar No. 75314
Jonathan A. Scruggs
Arizona Bar No. 030505
Ryan J. Tucker
Arizona Bar No. 034382
Bryan D. Neihart
Arizona Bar No. 035937
John J. Bursch (P57679)

Attorneys for Plaintiff
Dated: September 12, 2022

*/s/ Tonya C. Jeter*
Tonya Celeste Jeter (P55352)
Kimberly Pendrick (P60348)
Brian W. Beach (P69681)
Attorneys for Defendants

Dated: September 12, 2022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTIAN HEALTHCARE CENTERS, INC. | No. 1:22-cv-00787 |
| Plaintiff, | HON. JANE M. BECKERING |
| v. | MAG. PHILLIP J. GREEN |
| DANA NESSEL, in her official capacity Attorney General of Michigan, JOHN E. JOHNSON, JR., in his official capacity as Executive Director of the Michigan Department of Civil Rights, PORTIA L. ROBERSON, ZENNA FARAJ ELHASON, GLORIA E. LARA, REGINA GASCO-BENTLEY, ANUPAMA KOSARAJU, RICHARD CORRIVEAU, and DAVID WORTHAMS, in their official capacities as members of the Michigan Civil Rights Commission, | **STIPULATED ORDER WAIVING SERVICE AND EXTENDING DEADLINES FOR DEFENDANTS TO FILE RESPONSIVE DOCUMENTS** |
| Defendants. | |

**ORDER**

This matter having come before this Honorable Court pursuant to the stipulation of the parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendants agree to waive service for John E. Johnson, Jr., Portia L. Roberson, Zenna Faraj Elhason, Gloria E. Lara, Regina Gasco-Bentley, Anupama Kosaraju, Richard Corriveau, and David Worthams, and that Defendants shall have until November 4, 2022, to file responsive documents to Plaintiff's Complaint and to respond to Plaintiff's motion for preliminary injunction.

SO, ORDERED.

_____
HON. JANE M. BECKERING
U.S. District Court Judge

Dated: _____

Stipulated and Approved for Entry:

*/s/Henry W. Frampton, IV (w/consent)*  */s/Tonya C. Jeter*
Henry W. Frampton, IV                   Tonya Celeste Jeter (P55352)
South Carolina Bar No. 75314            Attorney for Defendants
Attorney for Plaintiff

Dated: September 12, 2022