AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-CV-00787-JMB-PJG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dana Nessel in her official capacity as Attorney General of Michigan was received by me on *(date)* 9-1-2022.

[ ]   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[X]   I served the summons on *(name of individual)* Heather Meingast, who is designated by law to accept service of process on behalf of *(name of organization)* Dana Nessel in her official capacity as Attorney General of Michigan on *(date)* 9/1/2022; or

[ ]   I returned the subpoena unexecuted because:_____

[ ]   Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____.

I declare under penalty of perjury that this information is true.

Date: 9-1-2022

_____
*Server's signature*

Angela Vermillion
Process Server
_____
*Printed name and title*

Swift Process Servers, LLC
4337 E. Grand River #101
Howell, MI 48843-7595
_____
*Server's address*

Additional information regarding attempted service, etc.:

DOCUMENTS SERVED:
Complaint, Civil Cover Sheet with Attorney of Record Attachment, Index of Exhibits and Exhibits 1-15, Proposed Summonses to All Defendants, Corporate Disclosure Statement, Motion for Preliminary Injunction, Proposed Order, Declarations of Mark Blocher, Jeffrey Woo, and Jonathan Scruggs, Appendix Parts 1 -8, Memorandum in Support of Motion for Preliminary Injunction, Certificate of Compliance re Motion Concurrence, Notice of Judge Assignment, Issued Summonses to All Defendants, Proposed Summons to AG Dana Nessel, Issued Summons to AG Dana Nessel

DESCRIPTION OF PERSON SERVED:
Age: 50, Sex: F, Race/Skin Color: White, Height: 5'3", Weight: 140, Hair: Dark Blonde, Glasses: N



# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Christian Healthcare Centers, Inc.

Case No. 1:22-cv-00787-JMB-PTG

Hon. Jane M. Beckering

v.

Dana Nessel, in her official capacity as Attorney General of Michigan, et al.

TO: Dana Nessel
ADDRESS: in her official capacity as Attorney General of Michigan
G. Mennen Williams Bldg.
525 Ottawa Street
Lansing, MI 48909

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

John J. Bursch
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001

CLERK OF COURT



8/31/2022

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____Dana Nessel_____ was received by me on _____.
                              (name of individual and title, if any)                                            (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                    (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                            (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                              (date)

☐ I served the summons on _____, who is designated by law to accept service
                                          (name of individual)
of process on behalf of _____ on _____.
                                    (name of organization)                                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

    My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

                                          _____
                                                        Server's signature

Additional information regarding attempted service, etc.:

                                          _____
                                                    Server's printed name and title

                                          _____
                                                        Server's address

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2022, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record who are registered users of the ECF system.

By: *s/ Henry W. Frampton, IV*

Henry W. Frampton, IV
South Carolina Bar No. 75314
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: 480–444–0020
hframpton@ADFlegal.org

*Attorney for Plaintiff*