UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF THE REASSIGNMENT OF COGNATE
CASES INTERPRETING THE ELLIOT-LARSEN CIVIL            Administrative Order
RIGHTS ACT IN LIGHT OF THE MICHIGAN SUPREME          No. 23-CA-008
COURT'S DECISION IN ROUCH WORLD, LLC V.
DEPARTMENT OF CIVIL RIGHTS.

_____/

**WHEREAS** Magistrate Judge Phillip J. Green has found that the following cases fall

within the cognate case rule, W. D. Mich. LCivR. 3.3.2(C):

> *Christian Healthcare Centers, Inc. v. Dana Nessel, et al.*, Case No. 1:22-cv-787;
>
> *St. Joseph Parish v. Dana Nessel, et al.,* Case No. 1:22-cv-1154;
>
> *Sacred Heart of Jesus Parish. v. Dana Nessel, et al.,* Case No. 1:22-cv-1214.

**WHEREAS** Magistrate Judge Green recommended that the latter two cases be reassigned

to Judge Jane Beckering, the judge assigned to the earliest of these cases.

**WHEREAS** Judges Jonker and Beckering have consented to the reassignment of these

cases.

**WHEREAS** the undersigned has concluded that the cases should be reassigned under

Local Rule 3.3.2(c).

**IT IS HEREBY ORDERED** that the Clerk of Court shall reassign the following cases to

Judge Beckering under the approved procedure:

> *St. Joseph Parish v. Dana Nessel, et al.,* Case No. 1:22-cv-1154;
>
> *Sacred Heart of Jesus Parish. v. Dana Nessel, et al.,* Case No. 1:22-cv-1214.

**IT IS FURTHER ORDERED** that Magistrate Judge Green shall be assigned to the above-

listed cases.

**IT IS FURTHER ORDERED** that any future case raising claims requiring the interpretation of the Elliot-Larsen Civil Rights Act in light of the Michigan Supreme Court's decision in *Rouch World, LLC v. Department of Civil Rights*, No. 162482, 2022 WL 3007805, shall be assigned to Judge Beckering and Magistrate Judge Green.  Any question regarding this issue shall be directed to Magistrate Judge Green.

**IT IS FURTHER ORDERED** that another two cases shall be assigned to Judge Jonker, according to the approved procedure.

**IT IS FURTHER ORDERED** that a copy of this Administrative Order shall be filed in each of the above-listed cases, as well as any future case assigned to Judge Beckering under this order.

FOR THE COURT:

Dated: January 23, 2023

HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE

2