# EXHIBIT A

2/10/23, 2:26 PM
Statement from Michigan Attorney General Dana Nessel on the Proposed Expansion of the Elliott-Larsen Civil Rights Act

Case 1:22-cv-00787-JMB-PJG ECF No. 26-1, PageID.814 Filed 02/10/23 Page 2 of 4



AG



# Statement from Michigan Attorney General Dana Nessel on the Proposed Expansion of the Elliott-Larsen Civil Rights Act

January 11, 2023

**AG Press**

agpress@michigan.gov

I applaud the introduction of legislation by Senator Jeremy Moss and Representative Jason Hoskins that will codify into law protections for the LGBTQ+ community against discrimination, enshrine them for future generations and provide immediate enhanced dignity for thousands of Michiganders.

When the Michigan Legislature adopted the Elliot Larsen Civil Rights Act in 1976, the law recognized that all Michiganders deserve the same civil rights—the right to be free from discrimination in employment, public accommodations, public services, housing and educational facilities.

In a case I argued last year, the Michigan Supreme Court affirmed what we have long believed: the protections afforded by the ELCRA apply to all Michiganders. Given the current state of our country's judiciary, where high courts have succumbed to political pressure and overturned long-standing and even court-tested decisions like Roe v. Wade, it is imperative that these rights are enshrined in Michigan law to help them withstand future legal attacks.

When adopted by the Legislature and signed by Gov. Whitmer, ELCRA will clearly define and recognize the rights of Michigan's LGBTQ+ community, and I applaud the 102nd Legislature for introducing bills on their very first day of session that will do that just

2/10/23, 2:26 PM  Statement from Michigan Attorney General Dana Nessel on the Proposed Expansion of the Elliott-Larsen Civil Rights Act

Case 1:22-cv-00787-JMB-PJG   ECF No. 26-1, PageID.815   Filed 02/10/23   Page 3 of 4

that. Our residents deserve to live in a state that recognizes their value, protects their dignity, and welcomes all.

###

Attorney General    MI Newswire    Press Release

## Related News

**Nessel and Liquor Control Commission Obtain $25,000 Default Judgment Against Distiller for Illegally Shipping Spirits**

**Flint Illegal Gambling Case Results in Plea for Third Defendant**

**Ahead of the Super Bowl, AG Nessel Reminds Consumers to Protect Themselves on Online Gambling Sites**

**Man Charged with Sending Threatening Emails to Judge Found Guilty**

**AG Nessel Reminds Residents of Potential Punishments for Making Threats Against Michigan Schools**

**Kalamazoo Sexual Assault Initiative Brings Charges in 2005 Rape Case**

**Clinton Township Woman Sentenced for Embezzlement from a Senior Care Facility**

## Oakland County Woman to Stand Trial on Unauthorized Practice of a Health Profession, Identity Theft, and Witness Intimidation Charges

## AG Nessel Files Brief Supporting New York Law Criminalizing Possession of a Weapon on Private Property when Private Property Owner has not given Express Consent

Nessel Joins Coalition Arguing Law Does Not Violate Second Amendment

## AG Nessel Announces Human Trafficking Commission's Annual Report



Statement from Michigan Attorney General Dana Nessel on the Proposed Expansion of the Elliott-Larsen Civil Rights Act

Copyright State of Michigan