UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIAN HEALTHCARE CENTERS, INC.,

    Plaintiff,

v.

DANA NESSEL, et al.,

    Defendants.
_____/

Case No. 1:22-cv-787

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that the Verified Complaint is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

This case is closed.

Dated: March 29, 2023

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge