UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Christian Healthcare Centers, Inc.** <br><br> Plaintiff, <br><br> v. <br><br> **Dana Nessel,** in her official capacity as Attorney General of Michigan; **John E. Johnson, Jr.,** in his official capacity as Executive Director of the Michigan Department of Civil Rights; **Portia L. Roberson, Zenna Faraj Elhason, Gloria E. Lara, Regina Gasco-Bentley, Anupama Kosaraju, Richard Corriveau, and David Worthams,** in their official capacities as members of the Michigan Civil Rights Commission. <br><br> Defendants. | Case No. 1:22-cv-00787-JMB-PTG <br><br> **Bryan D. Neihart's Declaration in Support of Plaintiff's Motion for Reconsideration** |

I, Bryan D. Neihart, declare as follows:

1. I am over the age of eighteen and competent to testify to the matters discussed in this Declaration. All of the following testimony is based on my personal knowledge.

2. I am one of the attorneys representing Plaintiff Christian Healthcare Centers, Inc. in this litigation.

3. On March 1, 2023, Michigan's Senate debated amendments to the Elliott-Larsen Civil Rights Act. A true and correct copy of the relevant excerpts from the Journal of the Senate from March 1, 2023 memorializing those debates is in the Appendix at 254–271.

4.  On March 1, 2023, Senator Jeremy Moss tweeted about the amendments. His tweet is available at https://twitter.com/JeremyAllenMoss/status/1631044805265326081. A true and correct screenshot of this tweet is in the Appendix at 272.

5.  Also on March 1, 2023, Commissioner Luke Londo retweeted Senator Moss's tweet. Commissioner Londo's tweet is available at https://twitter.com/llondo/status/1631091568948965377?cxt=HHwWgsCztfvI5qItAAAA. A true and correct screenshot of this tweet is in the Appendix at 273.

6.  On March 8, 2023, Michigan's House of Representatives Committee on Judiciary debated amendments to the Elliott-Larsen Civil Rights Act. A true and correct copy of the meeting minutes from that committee meeting is in the Appendix at 274–281.

7.  On March 8, 2023, Michigan's House of Representatives debated amendments to the Elliott-Larsen Civil Rights Act. A true and correct copy of the relevant excerpts from the Journal of the House from March 8, 2023 memorializing those debates is in the Appendix at 282–303.

8.  On March 8, 2023, Michigan's House passed Senate Bill No. 4—i.e., the amendments to the Elliott-Larsen Civil Rights Act. A true and correct copy of the redlined version of those amendments is in the Appendix at 304–319.

9.  On March 8, 2023 and March 16, 2023, the Department of Civil Rights issued two press releases praising amendments to the Elliott-Larsen Civil Rights Act. Those press releases are available on the Department's website at https://www.michigan.gov/mdcr/news/releases/2023/03/08/elcraexpansion and https://www.michigan.gov/mdcr/news/releases/2023/03/16/elcraupdate. A true and correct copies of the press releases are in the Appendix at 320–321.

10. On March 8, 2023, Attorney General Nessel issued a press release praising amendments to the Elliott-Larsen Civil Rights Act. That press release is available

on the Attorney General's website at https://www.michigan.gov/ag/news/press-releases/2023/03/08/ag-nessel-celebrates-the-expansion-of-elcra-to-protect-lgbtq-residents-against-discrimination. A true and correct copy of the press release is in the Appendix at 322.

11. On March 10, 2023 Representative Jason Morgan tweeted about his speech opposing religious exemptions in the Elliott-Larsen Civil Rights Act. His tweet is available at https://twitter.com/JasonMorganMI/status/1634180091721777152?cxt=HHwWgIC8odOI460tAAAA. A true and correct screenshot of this tweet is in the Appendix at 323.

**Declaration Under Penalty of Perjury**

I, Bryan D. Neihart, a citizen of the United States and a resident of the State of Arizona, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of April, 2023, at Scottsdale, Arizona.

*/s/ Bryan D. Neihart*
Bryan D. Neihart