## TABLE OF CONTENTS: PLAINTIFF'S APPENDIX IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION

| Description | Appendix Page Number(s) |
|---|---|
| Excerpts from the Journal of the Senate from March 1, 2023 | 254 – 271 |
| Senator Jeremy Moss's March 1, 2023 Tweet | 272 |
| Commissioner Luke Londo's March 1, 2023 Tweet | 273 |
| Michigan House of Representatives Committee Meeting Minutes from March 8, 2023 | 274 – 281 |
| Excerpts from the Journal of the House from March 8, 2023 | 282 – 303 |
| Redlined Version of Elliott-Larsen Civil Rights Act Amendments | 304 – 319 |
| Michigan Department of Civil Rights' Press Releases | 320 – 321 |
| Attorney General Nessel's Press Release | 322 |
| Representative Jason Morgan's March 10, 2023 Tweet | 323 |
| FOIA Documents Received Related to the BFOQ Exemptions | 324 – 361 |