UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Christian Healthcare Centers, Inc.,**<br><br>Plaintiff,<br><br>v.<br><br>**Dana Nessel,** in her official capacity as Attorney General of Michigan; **John E. Johnson, Jr.,** in his official capacity as Executive Director of the Michigan Department of Civil Rights; **Portia L. Roberson, Zenna Faraj Elhason, Gloria E. Lara, Regina Gasco-Bentley, Anupama Kosaraju, Richard Corriveau, and David Worthams,** in their official capacities as members of the Michigan Civil Rights Commission.<br><br>Defendants. | **Case No. 1:22-cv-000787-JMB-PTG**<br><br>**Plaintiff's Certificate of Compliance with Local Civil Rule 7.1(d)** |

On March 31, 2023, Christian Healthcare Centers, Inc. counsel conferred with Defendants' counsel regarding Plaintiff's Motion for Reconsideration. Pursuant to W. D. Mich. L.R. 7.1(d), and in a good-faith effort to resolve this dispute, Christian Healthcare's counsel explained the legal authority and evidentiary basis for the motion. Defendants' counsel indicated they oppose this motion.

Respectfully submitted this 4th day of April, 2023.

|  |  |
|---|---|
| Jonathan A. Scruggs<br>Arizona Bar No. 030505<br>Ryan J. Tucker<br>Arizona Bar No. 034382<br>Henry W. Frampton, IV<br>South Carolina Bar No. 75314<br>Bryan D. Neihart<br>Arizona Bar No. 035937<br>**Alliance Defending Freedom**<br>15100 N. 90th Street<br>Scottsdale, Arizona 85260<br>(480) 444-0020<br>(480) 444-0028 Fax<br>jscruggs@ADFlegal.org<br>rtucker@ADFlegal.org<br>hframpton@ADFlegal.org<br>bneihart@ADFlegal.org | By: s/ John J. Bursch<br>John J. Bursch<br>Michigan Bar No. P57679<br>**Alliance Defending Freedom**<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>(202) 393-8690<br>(202) 347-3622 Fax<br>jbursch@ADFlegal.org |

*Attorneys for Plaintiff*

## Certificate of Service

    I hereby certify that on the 4th day of April, 2022, I electronically filed the foregoing document with the Clerk of Court using the ECF system. The foregoing document will be served via private process server with the Summons and Complaint to all defendants.

By: s/ John J. Bursch

    John J. Bursch
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001

*Attorney for Plaintiff*