UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIAN HEALTHCARE
CENTERS, INC.,

    Plaintiff,

v.

DANA NESSEL, et al.,

    Defendants.
_____/

Case No. 1:22-cv-787

HON. JANE M. BECKERING

## ORDER

This matter is before the Court on Plaintiff's Motion for Reconsideration (ECF No. 30). The Court will require Defendants to respond to the motion. Accordingly:

**IT IS HEREBY ORDERED** that Defendants shall, not later than April 26, 2023, file a response to the motion (ECF No. 30).

Dated: April 5, 2023

 /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge