UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Christian Healthcare Centers, Inc.,**<br><br>Plaintiff,<br><br>v.<br><br>**Dana Nessel,** in her official capacity as Attorney General of Michigan; **John E. Johnson, Jr.,** in his official capacity as Executive Director of the Michigan Department of Civil Rights; **Portia L. Roberson, Zenna Faraj Elhason, Gloria E. Lara, Richard Corriveau, David Worthams,** and **Luke Londo** in their official capacities as members of the Michigan Civil Rights Commission.<br><br>Defendants. | Case No. 1:22-cv-000787-JMB-PTG<br><br>Order Granting Plaintiff's Motion for Leave to File Supplemental Brief and Evidence in Support of its Motion for Reconsideration |

This matter having come before the Court on Plaintiff's Motion for Reconsideration and Plaintiff's Motion for Leave to File Supplemental Brief and Evidence in Support of its Motion for Reconsideration, and the Court being otherwise fully advised in the premises orders as follows:

IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration and Plaintiff's Motion for Leave to File Supplemental Brief and Evidence in Support of its Motion for Reconsideration are GRANTED against Defendants.

IT IS HEREBY FURTHER ORDERED that the Order and Judgment (ECF Nos. 28–29) granting Defendants' Motion to Dismiss is VACATED, Defendants' Motion to Dismiss (ECF No. 19) is DENIED, and Plaintiff's Preliminary Injunction Motion (ECF No. 5) is GRANTED against Defendants

Date: _____       _____
                                    Honorable Jane M. Beckering