UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Christian Healthcare Centers, Inc.,**<br><br>Plaintiff,<br><br>v.<br><br>**Dana Nessel,** in her official capacity as Attorney General of Michigan; **John E. Johnson, Jr.,** in his official capacity as Executive Director of the Michigan Department of Civil Rights; **Portia L. Roberson, Zenna Faraj Elhason, Gloria E. Lara, Richard Corriveau, David Worthams,** and **Luke Londo** in their official capacities as members of the Michigan Civil Rights Commission.<br><br>Defendants. | Case No. 1:22-cv-000787-JMB-PTG<br><br>**Plaintiff's Certificate of Compliance with Local Civil Rule 7.1(d)** |

On May 5, 2023, Christian Healthcare Centers, Inc. counsel conferred with Defendants' counsel regarding Plaintiff's Motion for Leave to File Supplemental Brief and Evidence in Support of its Motion for Reconsideration. Pursuant to W. D. Mich. LCirR 7.1(d), and in a good-faith effort to resolve this dispute, Christian Healthcare's counsel explained the evidentiary basis for the motion. Michigan's counsel then requested additional information which Christian Healthcare's counsel provided. Defendants' counsel later indicated that they oppose this motion.

Respectfully submitted this 8th day of May, 2023.

|  |  |
|---|---|
| Jonathan A. Scruggs<br>Arizona Bar No. 030505<br>Ryan J. Tucker<br>Arizona Bar No. 034382<br>Henry W. Frampton, IV<br>South Carolina Bar No. 75314<br>Bryan D. Neihart<br>Arizona Bar No. 035937<br>**Alliance Defending Freedom**<br>15100 N. 90th Street<br>Scottsdale, Arizona 85260<br>(480) 444-0020<br>(480) 444-0028 Fax<br>jscruggs@ADFlegal.org<br>rtucker@ADFlegal.org<br>hframpton@ADFlegal.org<br>bneihart@ADFlegal.org | By: s/ John J. Bursch<br>John J. Bursch<br>Michigan Bar No. P57679<br>**Alliance Defending Freedom**<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>(202) 393-8690<br>(202) 347-3622 Fax<br>jbursch@ADFlegal.org |

*Attorneys for Plaintiff*

## Certificate of Service

    I hereby certify that on the 8th day of May, 2022, I electronically filed the foregoing document with the Clerk of Court using the ECF system. The foregoing document will be served via private process server with the Summons and Complaint to all defendants.

                                    By: s/ John J. Bursch

                                    John J. Bursch
                                    **Alliance Defending Freedom**
                                    440 First Street NW, Suite 600
                                    Washington, DC 20001

                                    *Attorney for Plaintiff*