IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Christian Healthcare Centers, Inc.,**<br><br>Plaintiff,<br><br>v.<br><br>**Dana Nessel,** in her official capacity as Attorney General of Michigan; **John E. Johnson, Jr.,** in his official capacity as Executive Director of the Michigan Department of Civil Rights; **Portia L. Roberson, Zenna Faraj Elhason, Gloria E. Lara, Richard Corriveau, David Worthams,** and **Luke Londo** in their official capacities as members of the Michigan Civil Rights Commission.<br><br>Defendants. | Case No. 1:22-cv-000787-JMB-PTG<br><br>Notice of Appeal |

PLEASE TAKE NOTICE that Plaintiff Christian Healthcare Centers, Inc. hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final Judgment (ECF No. 29) entered on March 29, 2023, the Opinion and Order (ECF No. 28) both granting Defendants' 12(b)(1) and 12(b)(6) motion to dismiss and denying Plaintiff's motion for a preliminary injunction, entered on March 29, 2023, and the Memorandum Opinion and Order (ECF No. 45) denying Plaintiff's motion for reconsideration and motion for leave to supplement its motion for reconsideration. *See* Fed. R. App. P. 4(a)(4).

1

Respectfully submitted this 22nd day of August, 2023.

|  |  |
|---|---|
| Jonathan A. Scruggs<br>Arizona Bar No. 030505<br>Ryan J. Tucker<br>Arizona Bar No. 034382<br>Henry W. Frampton, IV<br>South Carolina Bar No. 75314<br>Bryan D. Neihart<br>Arizona Bar No. 035937<br>**Alliance Defending Freedom**<br>15100 N. 90th Street<br>Scottsdale, Arizona 85260<br>(480) 444-0020<br>(480) 444-0028 Fax<br>jscruggs@ADFlegal.org<br>rtucker@ADFlegal.org<br>hframpton@ADFlegal.org<br>bneihart@ADFlegal.org | By: s/ John J. Bursch<br>John J. Bursch<br>Michigan Bar No. P57679<br>**Alliance Defending Freedom**<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>(202) 393-8690<br>(202) 347-3622 Fax<br>jbursch@ADFlegal.org |

*Attorneys for Plaintiff*

2

## Certificate of Service

I hereby certify that on August 22, 2023, I electronically filed the foregoing document with the Clerk of Court and that the foregoing document will be served via the CM/ECF system on all counsel of record.

By: s/ John J. Bursch

John J. Bursch
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001

*Attorney for Plaintiff*