UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIAN HEALTHCARE CENTERS, INC.,

    Plaintiff,

v.

DANA NESSEL, in her official capacity Attorney General of Michigan, JOHN E. JOHNSON, JR., in his official capacity as Executive Director of the Michigan Department of Civil Rights, PORTIA L. ROBERSON, ZENNA FARAJ ELHASON, GLORIA E. LARA, REGINA GASCO-BENTLEY, ANUPAMA KOSARAJU, RICHARD CORRIVEAU, and DAVID WORTHAMS, in their official capacities as members of the Michigan Civil Rights Commission,

    Defendants.

                                      /

No. 1:22-cv-00787

HON. JANE M. BECKERING

MAG. PHILLIP J. GREEN

## STIPULATED ORDER FOR PRELIMINARY INJUNCTION

To resolve the parties' dispute concerning Plaintiff's renewed motion for a preliminary injunction (ECF 54), and without prejudice to any parties' position on the factual and legal issues presented in this case, Plaintiff and Defendants hereby jointly stipulate to the following preliminary injunction:

    1.    During the pendency of this case and until final judgment thereof, Defendants are enjoined from initiating any charge, conducting any investigation, or taking any other enforcement action against Plaintiff under the Elliott-Larsen Civil Rights Act based on sexual orientation and/or gender identity or expression.

    2.    During the pendency of this case and until final judgment thereof, should Defendants receive a properly filed complaint based on sexual orientation

and/or gender identity or expression discrimination, they will hold such a complaint in abeyance until the conclusion of this case and are enjoined from taking any other action on such a complaint before then.

     3.    Plaintiff need not provide any security for this stipulated preliminary injunction.

     4.    This stipulation is without prejudice to the respective legal positions of the parties and does not waive any argument or right to request modifications or clarifications of the injunction as the parties may deem appropriate in the future.

     5.    Plaintiff hereby withdraws its renewed motion for a preliminary injunction (ECF 54) without prejudice.

Respectfully submitted this 3rd day of December, 2024.

**WE SO STIPULATE:**

| | |
|---|---|
| | By: s/ John J. Bursch |
| Jonathan A. Scruggs | John J. Bursch |
| Arizona Bar No. 030505 | Michigan Bar No. P57679 |
| Ryan J. Tucker | **Alliance Defending Freedom** |
| Arizona Bar No. 034382 | 440 First Street NW, Suite 600 |
| Henry W. Frampton, IV | Washington, DC 20001 |
| South Carolina Bar No. 75314 | (202) 393-8690 |
| Bryan D. Neihart | (202) 347-3622 Fax |
| Arizona Bar No. 035937 | jbursch@ADFlegal.org |
| **Alliance Defending Freedom** | |
| 15100 N. 90th Street | |
| Scottsdale, Arizona 85260 | |
| (480) 444-0020 | |
| (480) 444-0028 Fax | |
| jscruggs@ADFlegal.org | |
| rtucker@ADFlegal.org | |
| hframpton@ADFlegal.org | |
| bneihart@ADFlegal.org | |

*Attorneys for Plaintiff*

**WE SO STIPULATE:**

By: s/ *Kimberly K. Pendrick*
Kimberly Pendrick (P60348)
Tonya C. Jeter (P55352)
Assistant Attorney General
Civil Rights & Elections Division
3030 W. Grand Blvd., 10th Floor
Detroit, MI 48202
(313) 456-0200

*Attorneys for Defendants*


In light of the parties' stipulations and agreement, the Court hereby adopts this Stipulated Preliminary Injunction as an Order of the Court.  **AND IT IS SO ORDERED.**

Dated: December 3, 2024                     /s/ Jane M. Beckering
                                            Hon. Jane. M. Beckering
                                            United States District Judge