**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**Christian Healthcare Centers, Inc.,**

Plaintiff,

v.

**Dana Nessel,** in her official capacity as Attorney General of Michigan; **John E. Johnson, Jr.,** in his official capacity as Executive Director of the Michigan Department of Civil Rights; **Portia L. Roberson, Zenna Faraj Elhason, Gloria E. Lara, Regina Gasco-Bentley, Rosann Barker, Richard White, David Worthams,** and **Luke R. Londo,** in their official capacities as members of the Michigan Civil Rights Commission,

Defendants.

Case No. 1:22-cv-000787-JMB-PJG

Honorable Jane M. Beckering
Magistrate Judge Phillip J. Green

**Order for Plaintiff's Renewed Consent Motion for Leave to Exceed the Page Limit for Supporting Documents on Motion for Summary Judgment**

This matter is before the Court on Plaintiff's Renewed Consent Motion for Leave to Exceed the Page Limit for Supporting Documents on Motion for Summary Judgment. The Court, having reviewed the motion and being otherwise sufficiently advised, makes the following order.

IT IS HEREBY ORDERED as follows:

1. Plaintiff's Renewed Consent Motion for Leave to Exceed the Page Limit for Supporting Documents on Motion for Summary Judgment is GRANTED.

2. ***Exhibit A*** (ECF No 139-2, PageID.2375-2837) to Plaintiff's previously filed Renewed Motion for Leave to Exceed the Page Limit for Supporting Documents on Motion for Summary Judgments shall herein be considered filed,

with permission to be refiled on or before December 23, 2025, with Defendants' cross-motion for summary judgment to include Defendants' highlights; and

3. ***Exhibit B*** (ECF No. 139-3, PageID.2838-2938; ECF No. 139-4, PageID.2939-3027; ECF No. 139-5, PageID.3028-3124) to Plaintiff's previously filed Renewed Motion for Leave to Exceed the Page Limit for Supporting Documents on Motion for Summary Judgments shall herein be considered filed.

Date: November 23, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge