UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIAN HEALTHCARE
CENTERS, INC.,

      Plaintiff,

v.

DANA NESSEL, in her official capacity
as Attorney General of Michigan; JOHN
E. JOHNSON, JR., in his official
capacity as Executive Director of the
Michigan Department of Civil Rights;
LUKE R. LONDO, RICHARD R.
WHITE III, PORTIA L. ROBERSON,
ZENNA FARAJ ELHASON, GLORIA E.
LARA, REGINA GASCO-BENTLEY,
ROSANN L. BARKER, and SKOT
WELCH, in their official capacities as
members of the Michigan. Civil Rights
Commission,

      Defendants.

NO. 1:22-cv-00787

HON. JANE M. BECKERING

MAGISTRATE PHILLIP J. GREEN

_____

**STIPULATED ORDER FOR ATTORNEY GENERAL DANA NESSEL TO
RESPOND TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY
ON OR BEFORE APRIL 24, 2026**

The parties, through their attorneys, stipulate and agree to the following:

1.     On April 6, 2026, Plaintiff filed a notice of supplemental authority, *Chiles v. Salazar*, __ U.S. __, 2026 WL 872307 (2026).  (ECF No. 178.)

2.     Defendant Attorney General Dana Nessel will respond to the notice of supplemental authority expeditiously, but undersigned counsel will be out of the office through April 19, 2026.

3.      As such, although this District imposes no formal deadline for responding to a notice of supplemental authority, Attorney General Nessel will file her response on or before April 24, 2026.

IT IS SO ORDERED.


Dated:   April 13  , 2026                    /s/ Jane M. Beckering
                                             HON. JANE M. BECKERING


Stipulated and Approved for Entry:

/s/ Joshua S. Smith                          Dated: April 10, 2026
Joshua S. Smith (P63349)
Assistant Attorney General
Michigan Dept of Attorney General
Attorney for Defendant Dana Nessel
P.O. Box 30217
Lansing, MI  48909
(517) 335-3055
smithJ191@michigan.gov


/s/ Bryan D. Neihart (w/permission)          Dated: April 10, 2026
Bryan D. Neihart
Arizona Bar No. 035937
Attorney for Plaintiff
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
bneihart@ADFlegal.org

2